UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSELL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NUTANIX, INC., et al.,<br><br>Defendants. | Case No.  26-cv-02306-AMO<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE FOR STATISTICAL PURPOSES ONLY**<br><br>Re: Dkt. No. 23 |

On May 5, 2026, the Court granted the parties' stipulation to stay this matter while the claims were submitted to binding arbitration. *See* Dkt. No. 23.  The stay remains in effect.  Given the procedural posture, the Court ORDERS that the instant case is CLOSED for statistical purposes only.

Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered.  Within 30 days of the resolution of the arbitration, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

The Court further ORDERS the parties to submit joint status reports regarding the progress of the arbitration every 90 days, beginning September 1, 2026.

**IT IS SO ORDERED.**

Dated: August  6 , 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California